```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| JUDY KODRIN AND MICHAEL KODRIN | CIVIL ACTION |
| VERSUS | NO: 06-8180 |
| STATE FARM INSURANCE CO., ET AL. | SECTION: "J"(5) |

**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand and Stay (Rec. Doc. 3)**. State Farm Fire and Casualty Company ("State Farm") opposed this motion, which was set for hearing on January 17, 2007 on the briefs alone. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in <u>Chieh v. Colony Ins. Co.</u>, 2006 WL 3437502 (E.D. La. Nov. 27, 2006) in its discussion of improper joinder of J. Everett Eaves, Inc., and <u>Ron-Del Floor Service, Inc. v. St. Paul Travelers Ins. Co.</u>, 2006 WL 3437527 (E.D. La. Nov. 27, 2006) in its discussion of peremption, Plaintiff's motion to remand and stay should be denied and the claims against Brian R. Bubrig Insurance Agency, Inc. should be dismissed. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand and Stay (Rec. Doc. 3)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Brian

1

R. Bubrig Insurance Agency, Inc. are hereby **DISMISSED**.

New Orleans, Louisiana this 23rd day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE